UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**Sparks Maintenance Contracting, Inc.**, et al )
      Plaintiffs, )
)
V. )
) Case No. 4:08CV00935 DJS
)
**Brisk Transportation, L.P., et al** )
)
      Defendants. )

ORDER

The above-styled case was filed in the Eastern Division of this court on June 27, 2008, and assigned to the Honorable Donald J. Stohr. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:08cv0031 AGF. The Honorable Audrey G. Fleissig will preside.

Case No. 4:08cv00935 DJS is hereby administratively closed. Judge Stohr's name will be replaced for future assignment.

Dated this 30th day of June, 2008.

                                          James G. Woodward
                                          Clerk of Court

                                          By: /s/ Karen Moore
                                          Deputy Clerk

Please refer to Case No. **2:08cv0031 AGF** in all future matters concerning this case.